IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

THOMAS W. COLBERT
PLAINTIFF

VS.                                        CIVIL ACTION NO. 3:05cv461WHB-
AGN

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY
DEFENDANT

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY THIS CAUSE came on to be heard on the Motion, *ore tenus*, of the Plaintiff, Thomas W. Colbert, and the Defendant, St. Paul Fire and Marine Insurance Company, to dismiss all claims and for a Final Judgment dismissing Plaintiff's Complaint with prejudice; and it being made known to the Court that they have reached an accord and satisfaction of all claims between them, and all parties consenting to the entry of Final Judgment and agreeing that this cause should be dismissed with prejudice; and the Court, having heard and considered said Motion and being fully advised in the premises, finds that said Motion is well taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED the Plaintiff's claims in this cause be and the same are hereby dismissed with prejudice with each Party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 14th day of February, 2007 .

S/William H. Barbour, Jr.
U.S. DISTRICT COURT JUDGE

AGREED:

s/JEFFREY D. RAWLINGS                    s/THOMAS Y. PAGE
Jeffrey D. Rawlings, Esquire             Thomas Y. Page, Esquire

CH-Colbert v. St. Paul - FJ.doc

Attorney for the Plaintiff                    Attorney for Defendant